**Salvador NAVARRO–TORRES;
Socorro Duenas–Morales,
Petitioners,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 04–76274.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 18, 2006.*

Filed Dec. 21, 2006.

Salvador Navarro–Torres, Oakland, CA, pro se.

Socorro Duenas–Morales, Oakland, CA, pro se.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Marshall Tamor Golding, Esq., DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, McKEOWN and FISHER, Circuit Judges.

MEMORANDUM **

This is a petition for review from the denial of petitioners' applications for cancellation of removal.

The Immigration Judge did not abuse her discretion in denying a continuance to allow petitioners to apply for adjustment of status under 8 U.S.C. § 1255(i), because petitioners were not eligible for adjustment of status under that provision. *See Baires v. INS,* 856 F.2d 89, 92–93 (9th Cir.1988) (discussing factors to be considered when reviewing the denial of a continuance). Petitioners do not challenge the finding that they lack a qualifying relative for purposes of 8 U.S.C. § 1229b(b)(1)(D).

Accordingly, respondent's unopposed motion for summary disposition is granted because the questions raised in the opening brief are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.